UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HILL BENNETT,<br>Plaintiff<br>v.<br>DEPARTMENT OF STATE HOSPITAL,<br>Defendant. | Case No. 2:25-cv-3121-DAD-JDP (P)<br><br>ORDER |

On February 2, 2026, I dismissed plaintiff's complaint with leave to amend. ECF No. 11. I advised him that he was required to file either an amended complaint or notice of voluntary dismissal within thirty days of that order. *Id.* at 3. It is now August, and plaintiff has not filed an amended complaint.[1] He must show cause, in writing, why this action should not be dismissed for failure to prosecute.

Accordingly, it is ORDERED that, within fourteen days of this order's entry, plaintiff must show cause, in writing, why this action should not be dismissed for failure to prosecute. Plaintiff's proposed amended complaint should be filed alongside any response to this order. If

[1] I note that he has filed incoherent objections wherein he argues that this court is attempting to use "trickery and coercion" and that he is being subjected to "online torture [television]." ECF No. 12 at 1. These objections do not give me cause to rethink my screening order. Plaintiff may either file an amended complaint as directed, or recommendations that this action be dismissed shall issue.

plaintiff fails to comply with this order within the deadline, I will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: August 28, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE