UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

Plaintiff,

v.

DEPARTMENT OF STATE HOSPITAL,

Defendant.

No. 2:25-cv-03121 DAD JDP P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION

(Doc. Nos. 5, 7, 11)

Plaintiff is currently a county jail prisoner, previously housed at Atascadero State Hospital when he initiated this action, proceeding *pro se* and *in forma pauperis* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for preliminary injunctions (Doc. Nos. 5, 7) be denied. (Doc. No. 11.) Specifically, the magistrate judge concluded that upon screening plaintiff's complaint had to be dismissed with leave to amend due to its difficult to decipher nature and sometimes fanciful allegations and, accordingly, plaintiff had also failed to show a likelihood

/////

/////

/////

of success on the merits of his claims as is necessary for the granting of the preliminary injunctive relief he sought. (*Id.* at 2–3.)[1]

The findings and recommendations were served on plaintiff by mail to his address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) On February 18, 2026, plaintiff's objections, including numerous attachments, to the findings and recommendations were received by the court. Those objections are very difficult to decipher and do not meaningfully address the findings and recommendations other than to express plaintiff's general disagreement with them as well as with the magistrate judge's screening order. In short, these objections do not provide any basis upon which to reject those findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 2, 2026 (Doc. No. 11) are adopted in full;
2. Plaintiff's motions for a preliminary injunction (Doc. Nos. 5, 7) are denied; and
3. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 31, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The undersigned notes that on August 28, 2026, the magistrate judge issued an order requiring plaintiff to show cause in writing as to why this action should not be dismissed due to plaintiff's failure to file a proposed amended complaint as ordered. (Doc. No. 15.)