UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HILL BENNETT,

Plaintiff,

v.

DEPARTMENT OF STATE HOSPITAL,

Defendant.

Case No. 2:25-cv-3121-DAD-JDP (P)

FINDINGS AND RECOMMENDATIONS

On October 21, 2026, I recommended that this action be dismissed for failure to prosecute after plaintiff failed to file an amended complaint. ECF No. 17. On October 30, 2026, plaintiff filed a motion for preliminary injunction. ECF No. 18. The motion is frivolous and filled with fanciful allegations. Accordingly, I recommend that it be denied. I also find that, based on its meritless nature, it gives no cause to reconsider my recommendation that this action be dismissed due to plaintiff's failure to follow court orders.

The substance of the motion is impossible to credit or, indeed, understand. For instance, plaintiff alleges that "bioscan[n]er machinery [is] playing R.P.G. voodoo we ge (sic) board games with my brain to cause gender dysphoria." ECF No. 18 at 5. Elsewhere, he states that the motion "moves to issue a[n] arrest on everyone involved in [the] voodoo ritual of sex offense retaliation." *Id.* at 3. Such fanciful allegations do not merit in depth consideration or analysis. The motion for

preliminary injunction should be denied as frivolous.

Accordingly, it is RECOMMENDED that plaintiff's motion for preliminary injunction, ECF No. 18, be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: November 17, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE